NO. 07-03-0058-CR

IN THE COURT OF APPEALS

FOR THE SEVENTH DISTRICT OF TEXAS

AT AMARILLO

PANEL E

FEBRUARY 13, 2003

______________________________

TRACY SCOGIN FRENCH,

Appellant

v.

THE STATE OF TEXAS, 

Appellee

_________________________________

FROM THE 411
TH
 DISTRICT COURT OF POLK COUNTY;

NO. 16457; HON. ROBERT HILL TRAPP, PRESIDING

_______________________________

ORDER ON APPELLANT’S MOTION TO DISMISS APPEAL

_______________________________

Before QUINN and REAVIS, JJ., and BOYD, S.J.
(footnote: 1)
 Tracy Scogin French, appellant, has moved to dismiss the appeal pursuant to Rule 42.2 of the Texas Rules of Appellate Procedure.  Without passing on the merits of the case, we grant the motion pursuant to Texas Rule of Appellate Procedure 42.1(a)(2) and dismiss the appeal.  Having dismissed the appeal at appellant’s personal request, no motion for rehearing will be entertained, and our mandate will issue forthwith.

Brian Quinn 

                                                                        Justice 

Do not publish.  

FOOTNOTES
1:
John T. Boyd, Chief Justice (Ret.), Seventh Court of Appeals, sitting by assignment.  Tex. Gov’t Code Ann. §75.002(a)(1) (Vernon Supp. 2002).